UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS ORAZIETTI, | ) |
| Plaintiff, | ) |
| v. | ) |
| YARDE METALS, INC., | ) |
| Defendant. | ) MARCH 16, 2021 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims asserted by Plaintiff in the above-captioned action against Defendant are hereby dismissed **WITH PREJUDICE**. Each party waives all rights of appeal and agrees to bear his or its own respective costs and attorneys' fees in this matter.

Respectfully Submitted,

PLAINTIFF: THOMAS ORAZIETTI

By: /s/ *Michael R. Varraso (ct30777)*
   Benjamin J. Wyatt, ct29994
   Michael R. Varraso ct30777
   The Law Offices of Wyatt & Associates, P.L.L.C.
   17 Elm Street, Suite C211
   Keene, NH  03431
   Tel. No. (603) 357-1112
   Fax No. (603) 685-2868
   BWyatt@Wyattlegalservices.com
   MVarraso@wyattlegalservices.com

Respectfully Submitted,

DEFENDANT: YARDE METALS, INC.

By: */s/ Bernard E. Jacque (ct12293)*
   Bernard E. Jacques, ct12293
   McElroy, Deutsch, Mulvaney
   & Carpenter, LLP
   One State Street - 14th Floor
   Hartford, CT 06103
   Tel. No. (860) 522-5175
   Fax No. (860) 522-2796
   bjacques@mdmc-law.com

## **CERTIFICATE OF SERVICE**

I, Michael R. Varraso, hereby certify that on this 16th day of March, 2021, I filed the foregoing document with the Court via the CM/ECF system, which will automatically deliver electronic copies to all counsel of record.

*/s/ Michael R. Varraso (ct30777)*
Michael R Varraso